# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, James P | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>180 West Main Street<br>Rm. 104<br>Abingdon, VA 24210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY -9 A 10: 5t
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | ▬▬▬▬▬▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | Feb. 23-24 | Durham, NC | judge student moot court | room & meals |
| 2. | VA CLE | June 6-7 | Fairfax, VA | teach at CLE seminar | transportation, room & meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The Doris Duke Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. FBR Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 3. Bell South Corporation common stock | A | Dividend | K | T | | | | | |
| 4. Berkshire Hathaway B common stock | | None | J | T | buy | 5/10 | J | | |
| 5. Chevron Corp common stock | C | Dividend | M | T | | | | | |
| 6. Duke Energy common stock | C | Dividend | M | T | | | | | |
| 7. Spectra Energy common stock | C | Dividend | M | T | spinoff | 1/2 | M | | |
| 8. Exxon Mobil common stock | C | Dividend | N | T | | | | | |
| 9. IBM common stock | B | Dividend | L | T | | | | | |
| 10. AT&T Inc. common stock | A | Dividend | K | T | | | | | |
| 11. T. Rowe Price Va Bond Fund | A | Dividend | J | T | | | | | |
| 12. T. Rowe Price Summit Muncipal Intermediate Fund | A | Dividend | J | T | | | | | |
| 13. T. Rowe Price Growth Stock Fund | D | Dividend | N | T | | | | | |
| 14. T. Rowe Price New Horizons Fund | D | Dividend | M | T | | | | | |
| 15. T. Rowe Price New Asia Fund | D | Dividend | M | T | | | | | |
| 16. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | | | | | |
| 17. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price New Income Fund | E | Dividend | N | T | | | | | |
| 19. T. Rowe Price Prime Reserve Fund | E | Dividend | N | T | | | | | |
| 20. T. Rowe Price Science & Tech. Fund | | None | L | T | | | | | |
| 21. T. Rowe Price Blue Chip Growth Fund | B | Dividend | N | T | | | | | |
| 22. T. Rowe Price Equity Index 500 Fund | E | Dividend | P1 | T | | | | | |
| 23. T. Rowe Price Value Fund | C | Dividend | M | T | | | | | |
| 24. T. Rowe Price Equity Income | C | Dividend | L | T | | | | | |
| 25. Wachovia Bank account | A | Interest | J | T | | | | | |
| 26. TS&W Int'l Equity Portfolio | A | Dividend | M | T | | | | | |
| 27. 3M Co common stock | A | Dividend | J | T | | | | | |
| 28. AMR Corp. common stock | | None | | | sale | 12/18 | J | A | |
| 29. AON Corp common stock | A | Dividend | | | sale | 11/21 | J | C | |
| 30. Abbott Laboratories common stock | A | Dividend | J | T | | | | | |
| 31. Agilent Technologies Inc common stock | | None | | | sale | 4/30 | J | A | |
| 32. American Int'l Group Inc common stock | A | Dividend | K | T | partial sale | 11/9 | J | A | |
| 33. Assurant Inc common stock | | None | J | T | buy | 12/18 | J | | |
| 34. Avery Dennison Corp common stock | A | Dividend | | | sale | 11/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of America common stock | A | Dividend | J | T | | | | | |
| 36. Baxter International common stock | A | Dividend | J | T | | | | | |
| 37. Becton Dickinson & Co common stock | | None | K | T | buy | 11/9 | K | | |
| 38. BJ Services Company common stock | A | Dividend | | | sale | 3/26 | J | A | |
| 39. BMC Software Inc. common stock | | None | K | T | | | | | |
| 40. Bristol Myers Squibb Co common stock | A | Dividend | J | T | | | | | |
| 41. Burlington Northern Santa Fe common stock | A | Dividend | J | T | | | | | |
| 42. Carnival Corp paired shares | A | Dividend | J | T | | | | | |
| 43. Caterpillar Inc. common stock | A | Dividend | J | T | | | | | |
| 44. Centerpoint Energy Inc common stock | | None | K | T | buy | 11/21 | K | | |
| 45. Chevron Corp common stock | A | Dividend | J | T | | | | | |
| 46. Cigna Corp common stock | A | Dividend | J | T | | | | | |
| 47. Cisco Systems Inc common stock | | None | K | T | buy | 4/4 | K | | |
| 48. Citigroup Inc common stock | A | Dividend | | | sale | 12/17 | J | A | |
| 49. Coca Cola Enterprises common stock | A | Dividend | | | sale | 11/18 | J | C | |
| 50. Conocophillips common stock | A | Dividend | K | T | buy | 6/8 | K | | |
| 51. Corning Inc common stock | A | Dividend | K | T | buy | 6/6 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Deere & Co common stock | A | Dividend | K | T | buy | 4/4 | K | | |
| 53. Deutsche Telekom AG ADR | A | Dividend | K | T | buy | 4/4 | K | | |
| 54. Dominion Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 55. Donnelley R R & Sons Co. common stock | A | Dividend | J | T | | | | | |
| 56. Dow Chemical Co common stock | A | Dividend | K | T | buy | 5/15 | K | | |
| 57. E-Trade Financial Corp common stock | | None | | | sale | 9/20 | K | A | |
| 58. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 59. First Energy Corp common stock | A | Dividend | J | T | | | | | |
| 60. General Electric Co. common stock | A | Dividend | J | T | | | | | |
| 61. Genworth Financial Inc common stock | A | Dividend | | | buy | 4/4 | J | | |
| 62. | | | | | sale | 11/8 | J | A | |
| 63. Goldman Sachs Group common stock | A | Dividend | J | T | | | | | |
| 64. Grant Prideco Inc common stock | | None | K | T | | | | | |
| 65. Harris Corp common stock | | None | J | T | buy | 11/30 | J | | |
| 66. Hewlett Packard Co. common stock | A | Dividend | J | T | | | | | |
| 67. Home Depot common stock | A | Dividend | | | sale | 6/28 | K | A | |
| 68. IBM common stock | A | Dividend | K | T | buy | 9/11 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Inco Ltd common stock | A | Dividend | | | sale | 1/8 | J | C | |
| 70. Ingersoll-Rand Company common stock | A | Dividend | | | sale | 4/4 | J | C | |
| 71. Johnson & Johnson common stock | A | Dividend | J | T | | | | | |
| 72. Kroger Co common stock | A | Dividend | K | T | buy | 9/18 | K | | |
| 73. L-3 Communications Hldgs common stock | A | Dividend | J | T | | | | | |
| 74. Laboratory Corp of America common stock | | None | J | T | | | | | |
| 75. Manpower Inc common stock | A | Dividend | J | T | | | | | |
| 76. Merck & Co Inc common stock | | None | | | buy | 6/8 | K | | |
| 77. | | | | | sale | 6/11 | K | A | |
| 78. | | | | | buy | 9/5 | K | | |
| 79. | | | | | sale | 9/12 | K | A | |
| 80. Merrill Lynch common stock | A | Dividend | K | T | | | | | |
| 81. MGIC Invts Corp common stock | A | Dividend | | | sale | 7/26 | J | A | |
| 82. Microsoft Corp common stock | A | Dividend | K | T | | | | | |
| 83. Nestle SA ADR | A | Dividend | K | T | | | | | |
| 84. Nokia Corp ADR | A | Dividend | K | T | | | | | |
| 85. Norfolk Southern common stock | A | Dividend | | | sale | 4/4 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nucor Corp common stock | A | Dividend | | | sale | 3/8 | J | B | |
| 87. Patterson UTI Energy common stock | A | Dividend | | | sale | 11/21 | J | B | |
| 88. Pfizer Inc common stock | A | Dividend | | | sale | 12/6 | J | A | |
| 89. Pitney Bowes common stock | A | Dividend | | | buy | 6/28 | K | | |
| 90. | | | | | sale | 11/28 | K | A | |
| 91. PPL Corp common stock | A | Dividend | J | T | | | | | |
| 92. Plum Creek Timber Co REIT | A | Dividend | | | sale | 11/21 | J | A | |
| 93. Praxair, Inc common stock | A | Dividend | J | T | | | | | |
| 94. Prictor & Gamble common stock | A | Dividend | K | T | buy | 4/4 | K | | |
| 95. Prudential Financial common stock | A | Dividend | J | T | | | | | |
| 96. Quest Diagnostic Inc common stock | A | Dividend | K | T | buy | 8/1 | K | | |
| 97. Republic Svcs Inc common stock | A | Dividend | J | T | | | | | |
| 98. Rio Tinto PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 99. Rockwell Collins Inc common stock | A | Dividend | K | T | buy | 8/8 | K | | |
| 100. Sara Lee Corp common stock | A | Dividend | J | T | buy | 4/4 | J | | |
| 101. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 102. Seagate Technology common stock | A | Dividend | | | sale | 7/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Shire PLC ADR | A | Dividend | | | sale | 6/8 | K | D | |
| 104. Southern Co common stock | A | Dividend | J | T | | | | | |
| 105. Suntrust Banks Inc common stock | A | Dividend | K | T | | | | | |
| 106. Target Corp common stock | A | Dividend | J | T | | | | | |
| 107. Telefonaktiebolaget LM Ericsson sponsored ADR | A | Dividend | K | T | | | | | |
| 108. St Paul Travelers Companies common stock | A | Dividend | K | T | | | | | |
| 109. Terex Corp common stock | | None | | | sale | 9/19 | K | D | |
| 110. T J X Cos Inc common stcok | A | Dividend | J | T | | | | | |
| 111. Time Warner Inc common stock | A | Dividend | K | T | | | | | |
| 112. Total SA sponsored ADR | A | Dividend | K | T | | | | | |
| 113. Transocean Inc common stock | A | Distribution | K | T | merger | 11/27 | K | | |
| 114. Verizon Comm. common stock | A | Dividend | K | T | buy | 10/4 | K | | |
| 115. Wal-Mart Stores common stock | A | Dividend | J | T | | | | | |
| 116. Wells Fargo & Co common stock | A | Dividend | J | T | | | | | |
| 117. Western Union Co common stock | | None | | | buy | 4/4 | K | | |
| 118. | | | | | sale | 8/7 | K | A | |
| 119. Schwab cash reserve fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Arlington Co VA muni bond | A | Interest | K | T | | | | | |
| 121. Bedford Co VA muni bond | A | Interest | K | T | | | | | |
| 122. Fairfax Co VA muni bond | A | Interest | K | T | | | | | |
| 123. Hampton VA muni bond | A | Interest | K | T | | | | | |
| 124. Henry Co VA muni bond | A | Interest | K | T | | | | | |
| 125. Orange Co VA muni bond | A | Interest | K | T | buy | 9/20 | K | | |
| 126. Prince William Co VA muni bond | A | Interest | K | T | | | | | |
| 127. Roanoke VA muni bond | A | Interest | K | T | | | | | |
| 128. Rutherford Co TN muni bond | A | Interest | K | T | | | | | |
| 129. Virgina Beach VA muni bond | A | Interest | K | T | | | | | |
| 130. Virginia Comwlth Tr muni bond | A | Interest | K | T | | | | | |
| 131. Virginia St Pub Rev muni bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII Investments and Trusts, the following explanation:

In Part VII, the prior listing of DR Horton common stock in the 2006 report (line 70) was partly in error. DR Horton common stock was sold on 6/20/2006, Value Code J, Gain Code A, and thus was not held in 2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544